O-send

```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUL 2 7 2015

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY              (as)  DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 12-1135-RGK |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | [Fed. R. Crim. P. 32.1(a)(6); |
| vs. ) | 18 U.S.C. § 3143(a)] |
| Miguel Delgado ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist of Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

1

2

3

4     and/or

5  B.   ( )  The defendant has not met his/her burden of establishing by

6     clear and convincing evidence that he/she is not likely to pose

7     a danger to the safety of any other person or the community if

8     released under 18 U.S.C. § 3142(b) or (c). This finding is based

9     on: _____ *Sa PSA report* _____

10

11

12

13

14     IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated: _____ *7/27/15* _____

18

19                          **Frederick F. Mumm**

20              UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28